429 A.2d 66

Lincoln Bank, Appellant v. C & H Agency Inc.

Lincoln Bank, Appellant v. Corkery.

Petition for Allowance of Appeal Granted July 9, 1981.

 Argued June 10, 1980.
Jerome L. Markovitz, for appellant; James W. Pearson, Jr., for C&H Agency, appellee (at No. 381) and for Corkery, appellee (at No. 382).

Before BROSKY, WATKINS and CIRILLO, JJ.*

The orders of the lower court dated February 5, 1979 are hereby vacated.

429 A.2d 66

Miller, Appellant v. Miller.

Argued June 9, 1980. Ronald J. Mishkins, for appellant; Michael R. Muth, for appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

The opinion and order of the lower court is hereby affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.